## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| SANDRA O'BRIEN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Docket no. 1:11-cv-00193-NT |
| | ) |
| SOCIAL SECURITY | ) |
| ADMINISTRATION | ) |
| COMMISSIONER, | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On March 23, 2012, the United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision. The time within which to file objections expired on April 10, 2012, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby ADOPTED.  The Commissioner's final decision is REMANDED for further proceedings consistent with the discussion in the Recommended Decision of the Magistrate Judge.

/s/ Nancy Torresen
United States District Judge

Dated this 24th day of April, 2012.